UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANDREW BARNETT, | Case No. 2:23-cv-00659-JAD-BNW |
|---|---|
| Plaintiff | ORDER |
| v. | |
| PIGONELY INC., et al., | |
| Defendants | |

## I. DISCUSSION

According to the Multnomah County Detention Center inmate database in Portland, Oregon, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until October 20, 2023, to file his updated address with this Court. If Plaintiff does not timely update the Court with his current address, this case will be subject to dismissal without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **on or before October 20, 2023**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 21st day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE